UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PAUL B BUTLER,<br><br>           Plaintiff,<br><br>     v.<br><br>PORSCHE CARS NORTH AMERICA, INC.,<br><br>           Defendant. | Case No. 16-CV-02042-LHK<br><br>**CASE MANAGEMENT ORDER** |

Based on the parties' joint case management statement, ECF No. 25, the Court proposes the following schedule. The parties shall file any objections to the below case schedule by Monday July 25, 2016, at 12:00 p.m.

| Scheduled Event | Date |
|---|---|
| Last Day to Amend the Pleadings/Add Parties | December 15, 2016 |
| Further Case Management Conference | August 25, 2016, at 1:30 p.m. |
| Deadline to File a Motion for Class Certification | Mot.: January 26, 2017<br>Opp.: February 23, 2017<br>Reply: March 16, 2017 |
| Hearing on Motion for Class Certification | April 6, 2017, at 1:30 p.m. |
| Deadline to Complete Private Mediation | July 6, 2017 |

1

Case No. 16-CV-02042-LHK
CASE MANAGEMENT ORDER

**IT IS SO ORDERED.**

Dated: July 21, 2016

_____
LUCY H. KOH
United States District Judge