UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL B BUTLER,<br><br>            Plaintiff,<br><br>      v.<br><br>PORSCHE CARS NORTH AMERICA, INC.,<br><br>            Defendant. | Case No.16-cv-02042-LHK   (SVK)<br><br>**ORDER ON STIPULATION TO MODIFY PROTECTIVE ORDER**<br><br>Re: Dkt. No. 56 |

Before the Court is a document entitled "[Proposed] Order Granting Modified Joint Stipulation for Protective Order," ECF 56.  It appearing that Dr. Ing. h.c.F. Porsche AG ("Porsche AG") is the parent company of defendant Porsche Cars North America, Inc.; that Porsche AG wants the ability to designate Confidential Information in connection with the deposition of Dr. Stephan Schmitt in this case; and that the parties agree to modify the existing protective order to permit Porsche AG to designate Confidential Information in this case, the Court GRANTS the stipulation and orders that Porsche AG may designate Confidential Information in this case subject to the terms of the August 25, 2016 Protective Order (ECF 35).

**SO ORDERED.**

Dated: March 24, 2017

_____
SUSAN VAN KEULEN
United States Magistrate Judge